Law Offices of

# Shapiro, DiCaro & Barak, LLC

One Huntington Quadrangle
Suite 3N05
Melville, New York 11747
(631) 844-9611
FAX (631) 844-9525

July 23, 2018

Honorable Robert E Grossman
United States Bankruptcy Court
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, NY 11722

RE:    Carl L Carlson
           Chapter 13
           Case Number: 18-73062
           SD&B File Number: 16-055305

Dear Judge Grossman:

This loss mitigation status letter is submitted on behalf of Seterus, Inc. for Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation existing under the laws of the United States of America, a secured creditor of the above referenced Debtors.

Please be advised that our office served and filed the Creditor Loss Mitigation Affidavit upon all parties on May 25, 2018. To date we still have not received the initial financial package even after several attempts.

Seterus Inc., at this time, respectfully requests termination of loss mitigation due to non-compliance of documents.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,


/s/Shari Barak
_____
Shari Barak
Attorney for Seterus, Inc. as Servicer for Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation existing under the laws of the United States of America